**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida  www.flsb.uscourts.gov**
**Chapter 13 Plan (Individual Adjustment of Debts)**

Debtor: **Caldera, Elena**                    Joint Debtor:                    Case No: **12-20911**

Last Four Digits of SS# 3561                    Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of **36** months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $**16,442.56** for months **1** to **5** ;
B.  $**16,449.16** for months **6** to **36** ;in order to pay the following creditors:

Administrative:  Attorney's Fee - $ **1,500**TOTAL PAID $ **1,500**
                Balance Due: $ **0.00** payable $ /month (Months **0** to  **0** )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Wells Fargo Home Mortgage**          Arrearage on Petition Date $280,288.00
Address:    8480 Stagecoach Cir.          Arrears Payment $7,785.78/month  (Months 1 to 36)
            Frederick, MD 21701           Regular Payment $7,162 /month  (Months 1 to 36)
Account #:  **7080171069354**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **None**                              Total Due $
                                Payable $ /month (Months  to ) Regular Payment $                .

Unsecured Creditors: Pay $ **6.00** /month (Months **6** to **36** ).
 Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Elena Caldera*
Debtor                                    Joint Debtor

Date: **May 16, 2012**                    Date:

LF-31 (rev. 01/08/10)