UNITED STATES BANKRUPTCY COURT
Southern District of Florida  www.flsb.uscourts.gov
Chapter 13 Plan (Individual Adjustment of Debts)
1st Amended Plan

Debtor: **Caldera, Elena**          Joint Debtor: _____          Case No: **12-20911**
Last Four Digits of SS# 3561          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of **60** months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. **$8,278.20** for months **1** to **5** ;
B. $**13,489.96** for months **6** to **60** ;
C. in order to pay the following creditors:

Administrative:   Attorney's Fee - $ **3,500** TOTAL PAID $ **1,500**
                  Balance Due: $ **2,000.00** payable $ **400** /month (Months **1** to **5** )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Wells Fargo Home Mortgage**          Arrearage on Petition Date $280,288.00
Address:   8480 Stagecoach Cir.          Arrears Payment $5,096.15/month  (Months 5 to 60)
           Frederick, MD 21701            Regular Payment $7,162 /month  (Months 1 to 60)
Account #:  **7080171069354**

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **None**          Total Due $
                     Payable $ /month (Months  to  ) Regular Payment $ _____.

Unsecured Creditors: Pay $ **6.00** /month (Months **6** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:**

Any additional fees may be included in an amended plan or modified plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Elena Caldera*
Debtor                                        Joint Debtor

Date: **June 18, 2012**                       Date: