UNITED STATES BANKRUPTCY COURT
Southern District of Florida  www.flsb.uscourts.gov
Chapter 13 Plan (Individual Adjustment of Debts)
3rd Amended Plan

Debtor: **Caldera, Elena**        Joint Debtor: _____        Case No: **12-20911**
Last Four Digits of SS# 3561         Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of **60** months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. **$8,318.20** for month **1**;
B. **$13,016.81** for month **2** to **5**;
C. **$13,770.33** for months **6** to **60** ;
D. in order to pay the following creditors:

Administrative:  Attorney's Fee - $ **4,000** ($3,500 Ch. 13 fee + $500 Loan Modification fee)
        Total Paid Pre Petition: $**1,500**
        Balance Due: $ **2,500.00** payable $**2,500** in Month **2**.

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Wells Fargo Home Mortgage**        Arrearage on Petition Date $280,288.00
Address:   8480 Stagecoach Cir.         Arrears Payment $400/ month  (Month 1)
        Frederick, MD 21701          Arrears Payment $2,171.47/month  (Month 2)
Account #: **7080171069354**        Arrears Payment $4,788.22/month  (Months 3 to 60)
                    Regular Payment $7,162 /month  (Months 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **IRS**                Total Due $30,000
                Payable **$545.45**/month (Months **6** to **60**) Regular Payment $ _____.

Unsecured Creditors: Pay $ **23.31** /month (Months **6** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:**

Any additional fees may be included in an amended plan or modified plan. Debtor's loan modification application is currently under review.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

**/s/ Elena Caldera**
Debtor                        Joint Debtor

Date: **August 3, 2012**                Date: