UNITED STATES BANKRUPTCY COURT
Southern District of Florida  www.flsb.uscourts.gov
Chapter 13 Plan (Individual Adjustment of Debts)
6th Amended Plan

Debtor: **Caldera, Elena**          Joint Debtor: _____          Case No: **12-20911**
Last Four Digits of SS# 3561          Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of **60** months: In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. **$8,317.94** for month **1**;
B. **$13,016.81** for month **2**;
C. **$13,586.32** for month **3** to **5**
D. **$16,896.98** for months **6** to **60** ;
E. in order to pay the following creditors:

Administrative:   Attorney's Fee - $ **4,250** ($3,500 Ch. 13 fee + $500 Loan Modification fee + $250 Objection to IRS POC)
             Total Paid Pre Petition: $**1,500**
             Balance Due: $ **2,750.00** payable $**2,750** in Month **2**.

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. **Wells Fargo Home Mortgage**          Arrearage on Petition Date $299,302.09
   Address:    8480 Stagecoach Cir.         Arrears Payment $333.23/ month  (Month 1)
               Frederick, MD 21701           Arrears Payment $1,854.93/month  (Month 2)
   Account #:  7080171069354                Arrears Payment $5,122.66/month  (Months 3 to 60)
                                            Regular Payment $7,228.54 /month  (Months 1 to 60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and | Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. **IRS**                              Total Due $164,250.33 Amount Entitled to Priority: **$77,655.43**
                                        Payable **$1,411.92**/month (Months **6** to **60**)

Unsecured Creditors Including Non-Priority IRS Debt: Pay $ **1,597.77** /month (Months **6** to **60** ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other Provisions Not Included Above:**

Any additional fees may be included in an amended plan or modified plan. Debtor's loan modification application is currently under review.

Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Elena Caldera*
Debtor                                      Joint Debtor

Date: **November 12, 2012**                 Date: